IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02479-KLM

REALTIME DATA LLC, d/b/a IXO,

    Plaintiff,

v.

CODE42 SOFTWARE, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **First Unopposed Motion for Extension of Time to Respond to First Amended Complaint and to Reschedule Scheduling Conference** [#25] (the "Motion").  Because Defendant timely filed its Answer [#26],

    IT IS HEREBY **ORDERED** that the Motion [#25], with respect to Defendant's request for an extension of time to respond to the First Amended Complaint, is **DENIED as moot in part**.

    IT IS FURTHER **ORDERED** that the Motion [#25], with respect to Defendant's request to reschedule the Scheduling Conference, is **GRANTED in part**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for February 20, 2018, at 10:00 a.m. is **VACATED** and **RESET** to **April 2, 2018**, at **10:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **March 26, 2018**.

    Dated:  February 2, 2018